UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARYAN MAHMOUDPOUR, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-1877-FB (HJB) |
| PAMELA JO BONDI, United States Attorney General; KRISTI LYNN NOEM, Secretary of Homeland Security; SYLVESTER M. ORTEGA, San Antonio Acting Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and BOBBY THOMPSON, Warden, South Texas ICE Processing Center, | § § § § § § § § § § § | |
| Respondents. | § | |

## ORDER SETTING IN-PERSON EVIDENTIARY HEARING

The matter before the Court is Petitioner's Petition for Writ of Habeas Corpus filed on December 26, 2025. (Docket Entry 1). On December 29, 2025, the District Court referred this case to the undersigned for disposition of any and all pretrial matters, including pending habeas petitions, pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5.)

The Court, having reviewed Petitioner's Petition (Docket Entry 1), Respondents' response (Docket Entry 6) and Petitioner's reply (Docket Entry 9), finds that an evidentiary hearing is warranted in this case.

Accordingly, it is hereby **ORDERED** that an In-Person Evidentiary Hearing on Petitioner's Petition for Writ of Habeas Corpus (Docket Entry 1) is set on **March 4, 2026**, at **1:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

Petitioner's presence is necessary for the Evidentiary Hearing. Since Petitioner is currently incarcerated at the South Texas ICE Processing Center in Pearsall, Texas, the Court will issue an Order for Issuance of Writ of Ad Testificandum following this Order.

**SIGNED** on January 16, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge