UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ARYAN MAHMOUDPOUR, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> PAMELA JO BONDI, United States Attorney § <br> General; KRISTI LYNN NOEM, Secretary of § <br> Homeland Security; SYLVESTER M. § <br> ORTEGA, San Antonio Acting Field Office § <br> Director for Detention and Removal, U.S. § <br> Immigration and Customs Enforcement; and § <br> BOBBY THOMPSON, Warden, South § <br> Texas ICE Processing Center, § <br> § | SA-25-CV-1877-FB (HJB) |

### ORDER DIRECTING THE ISSUANCE OF
### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This case is set for an In-Person Evidentiary Hearing on **March 4, 2026**, at **1:30 P.M.**, before the Honorable Henry J. Bemporad in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207. (Docket Entry 10.)

The presence of Petitioner Aryan Mahmoudpour, who is currently in the custody of Warden Bobby Thompson of the South Texas ICE Processing Center, is necessary at the Evidentiary Hearing.

Accordingly, the Clerk of Court is hereby **ORDERED** to:

(1) once executed, enter the Writ attached to this Order into the court record;

(2) provide copies by U.S. Certified Mail of the Order Setting In-Person Evidentiary Hearing (Docket Entry 10), this Order, and the writ to **Warden Bobby Thompson, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas 78061**, and once returned, enter the certified mail receipt into record.

(3)   deliver courtesy copies of the Order Setting In-Person Evidentiary Hearing (Docket Entry 10), this Order, and the writ to the office of the U.S. Marshal, Western District of Texas, San Antonio Division;

It is **FURTHER ORDERED** that if Petitioner Aryan Mahmoudpour is moved from the South Texas ICE Processing Center before the date of the Evidentiary Hearing, Warden Thompson must immediately contact Court chambers to provide his new location by email to wendy_branham@txwd.uscourts.gov.

**SIGNED** on January 16, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge