UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARYAN MAHMOUDPOUR, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-1877-FB (HJB) |
| PAMELA JO BONDI, United States Attorney General; KRISTI LYNN NOEM, Secretary of Homeland Security; SYLVESTER M. ORTEGA, San Antonio Acting Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and BOBBY THOMPSON, Warden, South Texas ICE Processing Center, | § § § § § § § § § § | |
| Respondents. | § § | |

**ORDER FOR PRE-EVIDENTIARY
HEARING STATUS ADVISORY**

This matter has been set for an Evidentiary Hearing on March 4, 2026. (*See* Docket Entry 10.) In preparation for the Evidentiary Hearing, it is hereby **ORDERED** that **on or before February 17, 2026**, the Respondents must file an Advisory to the Court as to the status of their latest efforts to deport Petitioner.

**SIGNED** on January 20, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge