UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARYAN MAHMOUDPOUR, | § § § | |
| Petitioner, | § § § | |
| v. | § | SA-25-CV-1877-FB (HJB) |
| | § § | |
| PAMELA JO BONDI, United States Attorney General; KRISTI LYNN NOEM, Secretary of Homeland Security; SYLVESTER M. ORTEGA, San Antonio Acting Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and BOBBY THOMPSON, Warden, South Texas ICE Processing Center, | § § § § § § § § § § § | |
| Respondents. | § | |

**ORDER**

The matter before the Court is Petitioner's Petition for Writ of Habeas Corpus filed on December 26, 2025. (Docket Entry 1). The District Court referred the matter to the undersigned for a recommended disposition, pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5.)

The Court held an evidentiary hearing on March 4, 2026. At the hearing, the parties agreed to proceed by agreed proffer and written submissions, and the Court required the Government to provide some supplemental documentation.

In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

1) The Petition for Writ of Habeas Corpus (Docket Entry 1) is **TAKEN UNDER ADVISEMENT**.

2) **On or before March 18, 2026**, the Government must file an advisory providing (a) an update as to any Post-Order Custody Review ("POCR") that has been conducted regarding Petitioner, and (b) the policies regarding third-country removals to which

counsel for the Government referred during the hearing. Petitioner may reply **within seven (7) days** after the filing of the Advisory.

**SIGNED** on March 4, 2026.

                                                                  Henry J. Bemporad
                                                                  United States Magistrate Judge