UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ARYAN MAHMOUDPOUR,                       §
                                         §
         Petitioner,                     §
                                         §
v.                                       §        SA-25-CV-1877-FB
                                         §
PAMELA JO BONDI, United States Attorney  §
General; KRISTI LYNN NOEM, Secretary of  §
Homeland Security; SYLVESTER M.          §
ORTEGA, San Antonio Acting Field Office  §
Director for Detention and Removal, U.S. §
Immigration and Customs Enforcement; and §
BOBBY THOMPSON, Warden, South            §
Texas ICE Processing Center,             §
                                         §
         Respondents.                    §

## ORDER RETURNING CASE
## TO DISTRICT COURT

On March 19, 2026, the undersigned filed a Report and Recommendation recommending that Petitioner's Petition for Writ of Habeas Corpus be granted in part and denied in part. (*See* Docket Entry 24.) Accordingly, all pretrial matters for which this case was referred have been handled, and this case is **RETURNED** to the District Court for consideration of the Petition for Writ of Habeas Corpus.

It is so **ORDERED**.

**SIGNED** on March 19, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge